Fill in this information to identify your case:

United States Bankruptcy Court for the:

**District of Maine**

Case number (*If known*): _____

Chapter you are filing under:

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**06/24**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Andrew**<br>First name<br><br>**R.**<br>Middle name<br><br>**Warde**<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Business name (if applicable)<br><br>_____<br>Business name (if applicable) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Business name (if applicable)<br><br>_____<br>Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **7 9 0 0**<br>OR<br>**9**xx - xx - __ __ __ __ | xxx - xx - __ __ __ __<br>OR<br>**9**xx - xx - __ __ __ __ |

Debtor 1    **Andrew        R.              Warde**                            Case number *(if known)* _____

First Name    Middle Name    Last Name

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | __ __ - __ __ __ __ __ __ __<br>EIN<br><br>__ __ - __ __ __ __ __ __ __<br>EIN | __ __ - __ __ __ __ __ __ __<br>EIN<br><br>__ __ - __ __ __ __ __ __ __<br>EIN |

**5. Where you live**

**164A Mountain Rd**
Number        Street

_____

**Arundel, ME 04046**
City                              State    ZIP Code

**York**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City                              State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number        Street

_____

_____
City                              State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City                              State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____

_____

_____

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____

_____

_____

_____

Debtor 1    **Andrew**      **R.**      **Warde**          Case number *(if known)* _____

       First Name       Middle Name       Last Name

---

## Part 2:  Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No.

☐ Yes.

| | District _____ | When _____ MM / DD / YYYY | Case number _____ |
| | District _____ | When _____ MM / DD / YYYY | Case number _____ |
| | District _____ | When _____ MM / DD / YYYY | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.

☐ Yes.

Debtor _____ Relationship to you _____
District _____ When _____ MM / DD / YYYY Case number, if known _____

Debtor _____ Relationship to you _____
District _____ When _____ MM / DD / YYYY Case number, if known _____

**11. Do you rent your residence?**

☐ No.  Go to line 12.

☑ Yes.  Has your landlord obtained an eviction judgment against you?

     ☑ No. Go to line 12.

     ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1   __**Andrew**_____**R.**_____**Warde**_____
        First Name       Middle Name      Last Name

Case number *(if known)* _____

| | |
|---|---|
| **Part 3:** | Report About Any Businesses You Own as a Sole Proprietor |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ **No.** Go to Part 4.

☐ **Yes.** Name and location of business

_____
Name of business, if any

_____
Number        Street

_____

_____  _____  _____
City                                    State          ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ **No.**     I am not filing under Chapter 11.

☐ **No.**     I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ **Yes.**    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ **Yes.**    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

Debtor 1    **Andrew**        **R.**        **Warde**

First Name     Middle Name      Last Name

Case number *(if known)* _____

---

**Part 4:**  Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.  What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____

Number     Street

_____

City     State     ZIP Code

---

Debtor 1    **Andrew**        **R.**            **Warde**

First Name      Middle Name        Last Name

Case number *(if known)* _____

---

## Part 5:  Explain Your Efforts to Receive a Briefing About Credit Counseling

**15.  Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

| Debtor 1 | **Andrew** | **R.** | **Warde** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 6:  Answer These Questions for Reporting Purposes

**16.**  **What kind of debts do you have?**

16a.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c.  State the type of debts you owe that are not consumer debts or business debts.

_____

**17.**  **Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ No.   I am not filing under Chapter 7. Go to line 18.

☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18.**  **How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

**19.**  **How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20.**  **How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7:  Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** **/s/ Andrew R. Warde** _____

Andrew R. Warde, Debtor 1

Executed on  **05/08/2026** _____
MM/  DD/  YYYY

Debtor 1     **Andrew**     **R.**       **Warde**

          First Name      Middle Name      Last Name

Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X**   **/s/ Tanya Sambatakos**          Date **05/08/2026**

     Signature of Attorney for Debtor                 MM / DD / YYYY

**Tanya Sambatakos**
Printed name

**Molleur Law Office**
Firm name

**190 Main St., 3rd Fl**
Number      Street

**Saco**                     **ME**    **04072**
City                                 State    ZIP Code

Contact phone **(207) 283-3777**      Email address **tanya@molleurlaw.com**

**10069**                        **ME**
Bar number                          State

---

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Andrew** | **R.** | **Warde** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: District of | **Maine** | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

| Part 1: | List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders. |
|---|---|

**Unsecured claim**

**1** **Community Bank & Trust West Georgia**
Creditor's Name

**as successor-in-interest to Fountainhead SBF LLC**

**PO Box 1489**
Number        Street

**Lagrange, GA 30241**
City        State        ZIP Code

Contact

Contact phone

**What is the nature of the claim?**    **Business Debt**    **$1,223,900.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured): _____
    Value of security: _____
    Unsecured _____

**2** **Kennebunk Savings**
Creditor's Name

**PO Box 28**
Number        Street

**Kennebunk, ME 04043**
City        State        ZIP Code

Contact

Contact phone

**What is the nature of the claim?**    **Two business loans personally guaranteed by the Debtor**    **$1,200,000.00**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured): _____
    Value of security: _____
    Unsecured _____

| Debtor 1 | **Andrew** | **R.** | **Warde** | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | | **Unsecured claim** |
|---|---|---|---|

**3** | **Kennebunk Savings Bank**
Creditor's Name

**PO Box Box 28**
Number          Street

**Kennebunk, ME 04043**
City          State          ZIP Code

Contact

Contact phone

**What is the nature of the claim?** **Business debt for Stillwaters LLC that Debtor personally guaranteed**

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): _____
     Value of security: _____
     Unsecured _____

**$525,000.00**

---

**4** | **Camden National Bank**
Creditor's Name

**PO Box Box 310**
Number          Street

**Camden, ME 04843**
City          State          ZIP Code

Contact

Contact phone

**What is the nature of the claim?** **Business Debt**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): _____
     Value of security: _____
     Unsecured _____

**$40,000.00**

---

**5** | **Robert and Janet Warde**
Creditor's Name

**9 Lennon Dr**
Number          Street

**Dover, NH 03820**
City          State          ZIP Code

Contact

Contact phone

**What is the nature of the claim?** **Business Debt**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): _____
     Value of security: _____
     Unsecured _____

**$28,083.21**

---

| Debtor 1 | **Andrew** | **R.** | **Warde** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | | **Unsecured claim** |
|---|---|---|---|

**6** **Mike Kowalk**
Creditor's Name

**248 Springlakes Estates Dr**
Number        Street

**Lyman, SC 29365**
City        State        ZIP Code

Contact

Contact phone

**What is the nature of the claim?**   **Business Debt**   **$25,000.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured): _____
   Value of security: _____
   Unsecured _____

**7** **USAA Federal Savings Bank**
Creditor's Name

**Attn: Bankruptcy**

**9800 Fredericksburg Road**
Number        Street

**San Antonio, TX 78288**
City        State        ZIP Code

Contact

Contact phone

**What is the nature of the claim?**   **CreditCard**   **$23,570.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured): _____
   Value of security: _____
   Unsecured _____

**8** **Gregory Bertoni**
Creditor's Name

**PO Box 472**
Number        Street

**Old Orchard Beach, ME 04064**
City        State        ZIP Code

Contact

Contact phone

**What is the nature of the claim?**   **Business Debt**   **$20,000.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured): _____
   Value of security: _____
   Unsecured _____

**9** **Internal Revenue Service**
Creditor's Name

**P.O. Box 7346**
Number        Street

**Philadelphia, PA 19101**
City        State        ZIP Code

Contact

Contact phone

**What is the nature of the claim?**   **Taxes or Penalties Owed to Governmental Units**   **$17,000.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☑ Yes. Total claim (secured and unsecured):   **$17,000.00**
   Value of security:   **$0.00**
   Unsecured   **$17,000.00**

Debtor 1    **Andrew**      **R.**      **Warde**      Case number *(if known)* _____

     First Name      Middle Name      Last Name

| | | **Unsecured claim** |
|---|---|---|

**10** | **Workers Compensation Division**

Creditor's Name

**27 State House Station**

Number      Street

**Augusta, ME 04333**

City      State      ZIP Code

Contact

Contact phone

**What is the nature of the claim?**    **Business Debt**      **$10,000.00**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

     Value of security: _____

     Unsecured _____

---

**11** | **Bank of America**

Creditor's Name

**Business Card**

**PO Box 15796**

Number      Street

**Wilmington, DE 19886-5796**

City      State      ZIP Code

Contact

Contact phone

**What is the nature of the claim?**    **CreditCard**      **$7,318.00**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

     Value of security: _____

     Unsecured _____

---

**12** | Creditor's Name

Number      Street

City      State      ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☐ Yes. Total claim (secured and unsecured): _____

     Value of security: _____

     Unsecured _____

---

**13** | Creditor's Name

Number      Street

City      State      ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☐ Yes. Total claim (secured and unsecured): _____

     Value of security: _____

     Unsecured _____

---

Debtor 1    **Andrew**      **R.**      **Warde**      Case number *(if known)* _____

    First Name      Middle Name      Last Name

|  | **Unsecured claim** |
|---|---|

**14**   Creditor's Name

Number    Street

City    State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

**Does the creditor have a lien on your property?**

❑ No
❑ Yes. Total claim (secured and unsecured): _____

    Value of security: _____

    Unsecured _____

---

**15**   Creditor's Name

Number    Street

City    State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

**Does the creditor have a lien on your property?**

❑ No
❑ Yes. Total claim (secured and unsecured): _____

    Value of security: _____

    Unsecured _____

---

**16**   Creditor's Name

Number    Street

City    State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

**Does the creditor have a lien on your property?**

❑ No
❑ Yes. Total claim (secured and unsecured): _____

    Value of security: _____

    Unsecured _____

---

**17**   Creditor's Name

Number    Street

City    State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

**Does the creditor have a lien on your property?**

❑ No
❑ Yes. Total claim (secured and unsecured): _____

    Value of security: _____

    Unsecured _____

Debtor 1   **Andrew**     **R.**     **Warde**                 Case number *(if known)* _____

       First Name            Middle Name           Last Name

|  | Unsecured claim |
| --- | --- |

**18**

Creditor's Name _____

Number      Street _____

_____

City      State      ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

**Does the creditor have a lien on your property?**

❑ No
❑ Yes. Total claim (secured and unsecured): _____

       Value of security: _____

       Unsecured _____

**19**

Creditor's Name _____

Number      Street _____

_____

City      State      ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

**Does the creditor have a lien on your property?**

❑ No
❑ Yes. Total claim (secured and unsecured): _____

       Value of security: _____

       Unsecured _____

**20**

Creditor's Name _____

Number      Street _____

_____

City      State      ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

**Does the creditor have a lien on your property?**

❑ No
❑ Yes. Total claim (secured and unsecured): _____

       Value of security: _____

       Unsecured _____

| Part 2: | Sign Below |
| --- | --- |

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

**X** _____**/s/ Andrew R. Warde**_____            **X** _____

Signature of Debtor 1                                 Signature of Debtor 2

Date    **05/08/2026**                            Date _____

       MM / DD / YYYY                                 MM / DD / YYYY

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Andrew** | **R.** | **Warde** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Maine**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:  Summarize Your Assets

| | **Your assets** |
|---|---|
| | Value of what you own |
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*............................................................................ | **$0.00** |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*................................................................. | **$283,069.55** |
| 1c. Copy line 63, Total of all property on *Schedule A/B*........................................................................... | **$283,069.55** |

### Part 2:  Summarize Your Liabilities

| | **Your liabilities** |
|---|---|
| | Amount you owe |
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | **$66,500.00** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... | **$17,000.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | **+  $3,102,871.21** |
| **Your total liabilities** | **$3,186,371.21** |

### Part 3:  Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*............................................................ | **$12,090.92** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*...................................................................... | **$9,390.92** |

Debtor 1    **Andrew**     **R.**     **Warde**      Case number *(if known)* _____

      First Name      Middle Name      Last Name

---

**Part 4:** Answer These Questions for Administrative and Statistical Records

---

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

---

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

---

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

             _____

---

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total**. Add lines 9a through 9f. | _____ |

---

Fill in this information to identify your case and this filing:

| Debtor 1 | **Andrew** | **R.** | **Warde** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of     **Maine**

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☑ No. Go to Part 2.

   ☐ Yes. Where is the property?

   1.1 _____

   Street address, if available, or other description

   _____

   _____

   City          State        ZIP Code

   County

   **What is the property?** Check all that apply.
   - ☐ Single-family home
   - ☐ Duplex or multi-unit building
   - ☐ Condominium or cooperative
   - ☐ Manufactured or mobile home
   - ☐ Land
   - ☐ Investment property
   - ☐ Timeshare
   - ☐ Other _____

   **Who has an interest in the property?** Check one.
   - ☐ Debtor 1 only
   - ☐ Debtor 2 only
   - ☐ Debtor 1 and Debtor 2 only
   - ☐ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   **Current value of the entire property?**
   _____

   **Current value of the portion you own?**
   _____

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
   _____

   ☐ **Check if this is community property** (see instructions)

   **Other information you wish to add about this item, such as local property identification number:** _____

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ...............................................➔ | **$0.00** |

### Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

Debtor **Warde, Andrew R.** _____   Case number *(if known)* _____

| 3.1 | Make: | **Ford** | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

3.1
Make: **Ford**
Model: **Flex wagon**
Year: **2014**
Approximate mileage: **105,000**
Other information:

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?
$8,000.00   $4,000.00

If you own or have more than one, describe here:

3.2
Make: **Ford**
Model: **F550**
Year: **2013**
Approximate mileage: **115,000**
Other information:
**Salvage title**

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?
$10,000.00   $10,000.00

3.3
Make: **BMW**
Model: **R1250GS motorcycle**
Year: **2022**
Approximate mileage: **25,000**
Other information:

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?
$10,000.00   $10,000.00

3.4
Make: **BMW**
Model: **X Challenge motorcycle**
Year: **2007**
Approximate mileage: **15,000**
Other information:

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?
$2,000.00   $2,000.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
☑ No
☐ Yes

Debtor **Warde, Andrew R.**       Case number *(if known)* _____

---

4.1    Make: _____

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** _____

**Current value of the portion you own?** _____

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ................................................ → | **$26,000.00** |

## Part 3: Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|
| **6. Household goods and furnishings** *Examples:* Major appliances, furniture, linens, china, kitchenware <br> ☐ No <br> ☑ Yes. Describe. ......... **Miscellaneous household goods and furnishings located at debtor's residence with no one item individually valued at over $600** | **$2,000.00** |
| **7. Electronics** *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games <br> ☐ No <br> ☑ Yes. Describe. ......... **Miscellaneous electronics located at debtor's residence with no one item individually valued at over $600** | **$1,500.00** |
| **8. Collectibles of value** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles <br> ☐ No <br> ☑ Yes. Describe. ......... **Miscellaneous items located at debtor's residence with no one item individually valued at over $600** | **$500.00** |
| **9. Equipment for sports and hobbies** *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments <br> ☐ No <br> ☑ Yes. Describe. ......... **Miscellaneous sports and hobby equipment located at debtor's residence with no one item individually valued at over $600** | **$200.00** |

Debtor  **Warde, Andrew R.**                                    Case number *(if known)* _____

---

10. **Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No

☑ Yes. Describe. .........

| Shadow system pistol; AR-15 and shotgun | $500.00 |

11. **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☑ Yes. Describe. .........

| Miscellaneous clothing located at debtor's residence with no one item individually valued at over $600 | $750.00 |

12. **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☑ Yes. Describe. .........

| Wedding ring and other miscellaneous jewelry located at debtor's residence | $2,000.00 |

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No

☑ Yes. Describe. .........

| One dog | $0.00 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes. Give specific information. .............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .................................................................................................... ➔

| | $7,450.00 |

---

| Part 4: | Describe Your Financial Assets |

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes .................................................................................................................................. Cash: ................... | $1,000.00 |

---

Debtor   **Warde, Andrew R.**                                                Case number *(if known)* _____

---

17.  **Deposits of money**

*Examples:*  Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes .....................                                    Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | **Bangor Savings Bank** <br> **Account Number: 6983** | **$1,500.00** |
| 17.2. Checking account: | **Bank of America** | **$800.00** |
| 17.3. Checking account: | **Merrimack County Savings Bank** <br> **Account Number: 1702** | **$633.00** |
| 17.4. Checking account: | **USAA** <br> **Account Number: XXXXXX2660** | **$161.50** |
| 17.5. Savings account: | **USAA** <br> **Account Number: XXXXXX2652** | **$15.00** |
| 17.6. Other financial account: | **Camden National Bank Health Savings Account** | **$470.00** |

18.  **Bonds, mutual funds, or publicly traded stocks**

*Examples:*  Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes .....................   Institution or issuer name:

---

Debtor  **Warde, Andrew R.**                                          Case number *(if known)*

---

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ❑ No

    ☑ Yes. Give specific
       information about
       them....................

| Name of entity: | % of ownership: | |
|---|---|---|
| **45 Main St LLC - 42% owner** | **100.00%** | **$50,000.00** |
| **557 Coles Hill Road LLC - 60% owner (former real estate holding company for closed cafe)** | **100.00%** | **$0.00** |
| **Blue Sky Properties LLC - 95% owner (not operating)** | **100.00%** | **$0.00** |
| **Campfire Restaurant Group LLC - 60% owner (closed cafe)** | **100.00%** | **$0.00** |
| **Denlinger Skis Inc DBA Snow Deals Now LLC - 50% owner (debtor does not participate in operations)** | **100.00%** | **$0.00** |
| **Family Financial Centers #PA1 LLC - 80% owner (filed chapter 7 bankruptcy in 2025)** | **100.00%** | **$0.00** |
| **Kennebunk Inn Group LLC - 42% owner** | **100.00%** | **$50,000.00** |
| **Liberty Tree Financial LLC - 80% owner - closed 1/15/2025 (no assets and not operating)** | **100.00%** | **$0.00** |
| **Still Waters LLC - 100% owner** | **100.00%** | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No

    ❑ Yes. Give specific
       information about
       them....................   Issuer name:

---

Debtor  **Warde, Andrew R.**                                    Case number *(if known)* _____

---

21. **Retirement or pension accounts**

    *Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No

    ☐ Yes. List each
    account separately.    Type of account:        Institution name:

    401(k) or similar plan:    _____    _____

    Pension plan:    _____    _____

    IRA:    _____    _____

    Retirement account:    _____    _____

    Keogh:    _____    _____

    Additional account:    _____    _____

    Additional account:    _____    _____

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No

    ☐ Yes ......................        Institution name or individual:

    Electric:    _____    _____

    Gas:    _____    _____

    Heating oil:    _____    _____

    Security deposit on rental unit:    _____    _____

    Prepaid rent:    _____    _____

    Telephone:    _____    _____

    Water:    _____    _____

    Rented furniture:    _____    _____

    Other:    _____    _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No

    ☐ Yes ....................    Issuer name and description:

    _____    _____

    _____    _____

    _____    _____

---

Debtor __Warde, Andrew R.__                                       Case number *(if known)* _____

---

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No

    ☐ Yes .................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

    _____        _____

    _____        _____

    _____        _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☐ No

    ☑ Yes. Give specific information about them. ...

    | **Trustee and Beneficiary of Andrew R. Warde Revocable Trust (asset includes investment account pledged as security for Merrimack debt)** | **$129,197.03** |
    | --- | --- |

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No

    ☐ Yes. Give specific information about them. ...

27. **Licenses, franchises, and other general intangibles**

    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No

    ☐ Yes. Give specific information about them. ...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
| --- | --- |

28. **Tax refunds owed to you**

    ☑ No

    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ...................

    Federal: _____

    State: _____

    Local: _____

29. **Family support**

    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

Debtor __Warde, Andrew R.__                                      Case number *(if known)* _____

☑ No

☐ Yes. Give specific information. ........

| | |
|---|---|
| Alimony: | _____ |
| Maintenance: | _____ |
| Support: | _____ |
| Divorce settlement: | _____ |
| Property settlement: | _____ |

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information. ........

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☑ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **American United Life Insurance - whole life insurance** | **Spouse** | **$15,843.02** |
| **Community Health Options (health insurance)** | **debtor and family** | **$0.00** |
| **Mid-West Life Insurance - Disability insurance** | **Spouse** | **$0.00** |
| **Minnesota Life - term life insurance** | **Spouse** | **$0.00** |
| **Progressive (vehicle insurance)** | **debtor** | **$0.00** |
| **USAA (renter's insurance) Auto Insurance - Progressive** | **debtors** | **$0.00** |
| **Washington National - accidental injury for whole family** | **Spouse** | **$0.00** |
| **Washington National - Critical illness for whole family** | **Spouse** | **$0.00** |

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information. ........

Debtor __Warde, Andrew R._____     Case number *(if known)* _____

---

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No

    ❏ Yes. Describe each claim. ..............

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No

    ❏ Yes. Describe each claim. ..............

35. **Any financial assets you did not already list**

    ☑ No

    ❏ Yes. Give specific information. ........

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...................................................................................................... ➡

| $249,619.55 |

---

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.

    ❏ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No

    ❏ Yes. Describe. .........

39. **Office equipment, furnishings, and supplies**

    *Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No

    ❏ Yes. Describe. .........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☑ No

    ❏ Yes. Describe. .........

---

Debtor   **Warde, Andrew R.**                                   Case number *(if known)* _____

---

41. **Inventory**

    ☑ No

    ☐ Yes. Describe. ......... [                                          ]          _____

42. **Interests in partnerships or joint ventures**

    ☑ No

    ☐ Yes. Describe .......

    | Name of entity: | % of ownership: | |
    |---|---|---|
    | _____ | _____ | _____ |
    | _____ | _____ | _____ |
    | _____ | _____ | _____ |

43. **Customer lists, mailing lists, or other compilations**

    ☑ No

    ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

        ☐ No

        ☐ Yes. Describe. ......... [                                ]          _____

44. **Any business-related property you did not already list**

    ☑ No

    ☐ Yes. Give specific
       information .........

       _____          _____

       _____          _____

       _____          _____

       _____          _____

       _____          _____

       _____          _____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ...................................................................................➔  | **$0.00** |

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

    ☑ No. Go to Part 7.

    ☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

Debtor  **Warde, Andrew R.**                                         Case number *(if known)* _____

---

47. **Farm animals**

    *Examples:*  Livestock, poultry, farm-raised fish

    ☑ No

    ❑ Yes ........................

    _____

48. **Crops—either growing or harvested**

    ☑ No

    ❑ Yes. Give specific
       information. ............

    _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

    ☑ No

    ❑ Yes ........................

    _____

50. **Farm and fishing supplies, chemicals, and feed**

    ☑ No

    ❑ Yes ........................

    _____

51. **Any farm- and commercial fishing-related property you did not already list**

    ☑ No

    ❑ Yes. Give specific
       information. ............

    _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ...................................................................................................➔

    **$0.00**

---

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
| --- | --- |

53. **Do you have other property of any kind you did not already list?**

    *Examples:*  Season tickets, country club membership

    ☑ No

    ❑ Yes. Give specific
       information. ............

    _____

    _____

    _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ......................................➔

    **$0.00**

---

| Part 8: | List the Totals of Each Part of this Form |
| --- | --- |

55. **Part 1: Total real estate, line 2** .............................................................................................................➔

    **$0.00**

56. **Part 2: Total vehicles, line 5**                              $26,000.00

57. **Part 3: Total personal and household items, line 15**          $7,450.00

---

Debtor  **Warde, Andrew R.**                                                                  Case number *(if known)* _____

| | | | | | |
|---|---|---|---|---|---|
| 58. | **Part 4: Total financial assets, line 36** | **$249,619.55** | | | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | | | |
| 61. | **Part 7: Total other property not listed, line 54** | **+** **$0.00** | | | |
| 62. | **Total personal property.** Add lines 56 through 61. ............... | **$283,069.55** | Copy personal property total ➜ | **+** **$283,069.55** | |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. ...................................................................................... | | | **$283,069.55** | |

Official Form 106A/B                                  **Schedule A/B: Property**                                  page **13**

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Andrew** | **R.** | **Warde** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **Maine**

Case number
(if known)

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2013 Ford F550**<br>**Salvage title**<br><br>Line from *Schedule A/B:* **3.2** | $10,000.00 | ☑ $10,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Me. Rev. Stat. Ann. tit. 14, § 4422(2)** |
| Brief description: **2022 BMW R1250GS motorcycle**<br><br>Line from *Schedule A/B:* **3.3** | $10,000.00 | ☑ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Me. Rev. Stat. Ann. tit. 14, § 4422(15)** |

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ☐ Yes

| Debtor 1 | **Andrew** | **R.** | **Warde** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Miscellaneous household goods and furnishings located at debtor's residence with no one item individually valued at over $600**<br><br>Line from *Schedule A/B:* __6__ | **$2,000.00** | ☑ __$2,000.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Me. Rev. Stat. Ann. tit. 14, § 4422(3)** |
| Brief description: **Miscellaneous electronics located at debtor's residence with no one item individually valued at over $600**<br><br>Line from *Schedule A/B:* __7__ | **$1,500.00** | ☑ __$1,500.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Me. Rev. Stat. Ann. tit. 14, § 4422(3)** |
| Brief description: **Miscellaneous items located at debtor's residence with no one item individually valued at over $600**<br><br>Line from *Schedule A/B:* __8__ | **$500.00** | ☑ __$500.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Me. Rev. Stat. Ann. tit. 14, § 4422(3)** |
| Brief description: **Miscellaneous sports and hobby equipment located at debtor's residence with no one item individually valued at over $600**<br><br>Line from *Schedule A/B:* __9__ | **$200.00** | ☑ __$200.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Me. Rev. Stat. Ann. tit. 14, § 4422(3)** |

Debtor 1    **Andrew**     **R.**     **Warde**     Case number *(if known)* _____

     First Name     Middle Name     Last Name

---

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Shadow system pistol; AR-15 and shotgun**<br><br>Line from *Schedule A/B:* **10** | **$500.00** | ☑   **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Me. Rev. Stat. Ann. tit. 14, § 4422(3)** |
| Brief description: **Miscellaneous clothing located at debtor's residence with no one item individually valued at over $600**<br><br>Line from *Schedule A/B:* **11** | **$750.00** | ☑   **$750.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Me. Rev. Stat. Ann. tit. 14, § 4422(3)** |
| Brief description: **Wedding ring and other miscellaneous jewlery located at debtor's residence**<br><br>Line from *Schedule A/B:* **12** | **$2,000.00** | ☑   **$2,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Me. Rev. Stat. Ann. tit. 14, § 4422(4)** |
| Brief description: **Cash**<br><br>Line from *Schedule A/B:* **16** | **$1,000.00** | ☑   **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Me. Rev. Stat. Ann. tit. 14, § 4422(17)** |
| Brief description: **USAA**<br>**Checking account**<br>**Acct. No.: XXXXXX2660**<br><br>Line from *Schedule A/B:* **17** | **$161.50** | ☑   **$161.50**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Me. Rev. Stat. Ann. tit. 14, § 4422(17)** |
| Brief description: **USAA**<br>**Savings account**<br>**Acct. No.: XXXXXX2652**<br><br>Line from *Schedule A/B:* **17** | **$15.00** | ☑   **$15.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Me. Rev. Stat. Ann. tit. 14, § 4422(17)** |
| Brief description: **Bank of America**<br>**Checking account**<br><br>Line from *Schedule A/B:* **17** | **$800.00** | ☑   **$800.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Me. Rev. Stat. Ann. tit. 14, § 4422(17)** |

| Debtor 1 | **Andrew** | **R.** | **Warde** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 2:** | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Merrimack County Savings Bank**<br>**Checking account**<br>**Acct. No.: 1702**<br>Line from *Schedule A/B:* **17** | **$633.00** | ☑ **$633.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Me. Rev. Stat. Ann. tit. 14, § 4422(17)** |
| Brief description: **Camden National Bank Health Savings Account**<br>**Other financial account**<br>Line from *Schedule A/B:* **17** | **$470.00** | ☑ **$470.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Me. Rev. Stat. Ann. tit. 14, § 4422(17)** |
| Brief description: **Bangor Savings Bank**<br>**Checking account**<br>**Acct. No.: 6983**<br>Line from *Schedule A/B:* **17** | **$1,500.00** | ☑ **$470.50**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Me. Rev. Stat. Ann. tit. 14, § 4422(17)** |
| Brief description: **American United Life Insurance - whole life insurance**<br>Line from *Schedule A/B:* **31** | **$15,843.02** | ☑ **$5,900.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Me. Rev. Stat. Ann. tit. 14, § 4422(11)** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Andrew**  **R.**  **Warde** |
| | First Name  Middle Name  Last Name |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name |

United States Bankruptcy Court for the: District of  **Maine**

Case number (if known)

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1.  **Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

2.  **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|

**2.1** **Atlantic Regional Federal Credit Union**

Creditor's Name

**1516 Main Street**

Number      Street

**Sanford, ME 04073**

City      State      ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred   **8/1/2022**

**Describe the property that secures the claim:**

| 2022 BMW R1250GS motorcycle |
|---|

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number   **0  0  0  7**

| | Column A | Column B | Column C |
|---|---|---|---|
| 2.1 | $7,500.00 | $10,000.00 | $0.00 |

**Add the dollar value of your entries in Column A on this page. Write that number here:**   **$7,500.00**

Debtor 1    **Andrew**         **R.**         **Warde**                          Case number *(if known)* _____
            First Name      Middle Name     Last Name

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** Additional Page | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
| **After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | | | | |

| 2.2 | | | | |
|---|---|---|---|---|

**Merrimack County Savings Bank**
Creditor's Name

**PO Box 2826**
Number        Street

_____

**Concord, NH 03302**
City            State        ZIP Code

**Describe the property that secures the claim:**     $59,000.00     $129,197.03     $0.00

**Trustee and Beneficiary of Andrew R. Warde Revocable Trust (asset includes investment account pledged as security for Merrimack debt)**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
❑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset)        **Line of Credit**

**Date debt was incurred** _____    **Last 4 digits of account number**    5  8  9  4

| Add the dollar value of your entries in Column A on this page. Write that number here: | $59,000.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $66,500.00 |

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page **2** of **2**

Fill in this information to identify your case:

| Debtor 1 | **Andrew** | **R.** | **Warde** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **Maine**

Case number
(if known)

❑ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B:* Property (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

**1.** **Do any creditors have priority unsecured claims against you?**

❑ No. Go to Part 2.

☑ Yes.

**2.** **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

**Internal Revenue Service**
Priority Creditor's Name

**P.O. Box 7346**
Number      Street

**Philadelphia, PA 19101**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

❑ Debtor 2 only

❑ Debtor 1 and Debtor 2 only

❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

**Type of PRIORITY unsecured claim:**

❑ Domestic support obligations

☑ Taxes and certain other debts you owe the government

❑ Claims for death or personal injury while you were intoxicated

❑ Other. Specify _____

Total claim: **$17,000.00**   Priority amount: **$17,000.00**   Nonpriority amount: **$0.00**

Debtor 1    **Andrew**         **R.**              **Warde**
       First Name        Middle Name         Last Name

Case number *(if known)* _____

---

| Part 1: | **Your PRIORITY Unsecured Claims — Continuation Page** |
|---------|--------------------------------------------------------|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Total claim** | **Priority amount** | **Nonpriority amount** |
|---|---|---|---|

**2.2** | **State of Maine Bureau of Revenue Services** | | | $0.00 | $0.00 | $0.00 |

**State of Maine Bureau of Revenue Services**
Priority Creditor's Name

**Compliance Division**

**PO Box 9107**
Number     Street

**Augusta, ME 04332-9107**
City          State          ZIP Code

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❏ Yes

**Type of PRIORITY unsecured claim:**
❏ Domestic support obligations
☑ Taxes and certain other debts you owe the government
❏ Claims for death or personal injury while you were intoxicated
❏ Other. Specify _____

---

Official Form 106E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**            page **2** of **10**

Debtor 1    **Andrew          R.            Warde**                                    Case number *(if known)* _____

           First Name       Middle Name      Last Name

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.   Do any creditors have nonpriority unsecured claims against you?**

    ❑ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

    ☑ Yes

**4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

                                                                 **Total claim**

**4.1**

**Bank of America**                              **Last 4 digits of account number**    **5   9   8   7**        **$7,318.00**

Nonpriority Creditor's Name

**Business Card**                                **When was the debt incurred?**        **11/1/2007**

**PO Box 15796**

Number          Street                          **As of the date you file, the claim is:** Check all that apply.

**Wilmington, DE 19886-5796**                    ❑ Contingent

City            State        ZIP Code           ❑ Unliquidated

                                                 ❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only                                 **Type of NONPRIORITY unsecured claim:**

❑ Debtor 2 only                                 ❑ Student loans

❑ Debtor 1 and Debtor 2 only                    ❑ Obligations arising out of a separation agreement or divorce that you did not report as

❑ At least one of the debtors and another          priority claims

❑ **Check if this claim is for a community debt**  ❑ Debts to pension or profit-sharing plans, and other similar debts

                                                ☑ Other. Specify   **CreditCard**

**Is the claim subject to offset?**

☑ No

❑ Yes

**4.2**

**Camden National Bank**                         **Last 4 digits of account number**    __ __ __ __        **$40,000.00**

Nonpriority Creditor's Name

**PO Box Box 310**                               **When was the debt incurred?**        _____

Number          Street

                                                 **As of the date you file, the claim is:** Check all that apply.

**Camden, ME 04843**                             ❑ Contingent

City            State        ZIP Code           ❑ Unliquidated

                                                 ❑ Disputed

**Who incurred the debt?** Check one.

❑ Debtor 1 only                                 **Type of NONPRIORITY unsecured claim:**

❑ Debtor 2 only                                 ❑ Student loans

❑ Debtor 1 and Debtor 2 only                    ❑ Obligations arising out of a separation agreement or divorce that you did not report as

☑ At least one of the debtors and another          priority claims

❑ **Check if this claim is for a community debt**  ❑ Debts to pension or profit-sharing plans, and other similar debts

                                                ☑ Other. Specify   **Business Debt**

**Is the claim subject to offset?**

☑ No

❑ Yes

Debtor 1    **Andrew         R.         Warde**                              Case number *(if known)* _____

         First Name      Middle Name     Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.3** **Community Bank & Trust West Georgia**

Nonpriority Creditor's Name

**as successor-in-interest to Fountainhead SBF LLC**

**PO Box 1489**

Number        Street

**Lagrange, GA 30241**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

**$1,223,900.00**

---

**4.4** **Gregory Bertoni**

Nonpriority Creditor's Name

**PO Box 472**

Number        Street

**Old Orchard Beach, ME 04064**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

**$20,000.00**

---

Debtor 1    **Andrew**    **R.**    **Warde**     Case number *(if known)* _____

    First Name     Middle Name     Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims** − **Continuation Page** |

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |

---

**4.5**   **Kennebunk Savings**

Nonpriority Creditor's Name

**PO Box 28**

Number     Street

_____

**Kennebunk, ME 04043**

City     State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __     **$1,200,000.00**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Two business loans personally guaranteed by the Debtor**

---

**4.6**   **Kennebunk Savings Bank**

Nonpriority Creditor's Name

**PO Box Box 28**

Number     Street

_____

**Kennebunk, ME 04043**

City     State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __     **$525,000.00**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt for Stillwaters LLC that Debtor personally guaranteed**

---

Debtor 1    **Andrew         R.         Warde**                          Case number *(if known)* _____

          First Name       Middle Name      Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims − Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.7**    **Mike Kowalk**

Nonpriority Creditor's Name

**248 Springlakes Estates Dr**

Number       Street

**Lyman, SC 29365**

City       State       ZIP Code

**Who incurred the debt?** Check one.

❏ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Last 4 digits of account number** __ __ __ __       **$25,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

**4.8**    **Rita Bourgault**

Nonpriority Creditor's Name

**84 Berry Rd**

Number       Street

**Saco, ME 04072**

City       State       ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Last 4 digits of account number** __ __ __ __       **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Insurance Claim**

Debtor 1      **Andrew          R.          Warde**                    Case number *(if known)* _____
            First Name      Middle Name      Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims – Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                    **Total claim**

**4.9**   **Robert and Janet Warde**
Nonpriority Creditor's Name

**9 Lennon Dr**
Number          Street

**Dover, NH 03820**
City                State          ZIP Code

**Who incurred the debt?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __                    **$28,083.21**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt** _____

**4.10**   **Todd Delinger**
Nonpriority Creditor's Name

**275 Apex Dr**
Number          Street

**Warriors Mark, PA 16877**
City                State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt Listed for Notice Purposes Only**

Official Form 106E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                    page **7** of **10**

| Debtor 1 | **Andrew** | **R.** | **Warde** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims** − **Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.11** **USAA Federal Savings Bank**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**9800 Fredericksburg Road**
Number          Street

**San Antonio, TX 78288**
City                    State              ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **2  2  0  1**

**When was the debt incurred?**       **2/1/2004**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

**Total claim: $23,570.00**

**4.12** **Workers Compensation Division**
Nonpriority Creditor's Name

**27 State House Station**
Number          Street

**Augusta, ME 04333**
City                    State              ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt**

**Total claim: $10,000.00**

Debtor 1   **Andrew**        **R.**        **Warde**                     Case number *(if known)* _____
          First Name      Middle Name    Last Name

---

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5.  **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

**1.**

**Office of the U.S. Attorney**
Name

**100 Middle Street, Suite 6**
Number        Street

**Portland, ME 04101**
City                State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **2.1** of *(Check one):*

☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**2.**

**Robertson, Anschutz, Crane & Partners, PLLC**
Name

**13010 Morris Road Suite 450**
Number        Street

**Alpharetta, GA 30004**
City                State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.11** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

Debtor 1    **Andrew          R.          Warde**                    Case number *(if known)* _____
            First Name     Middle Name     Last Name

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
| --- | --- |

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

|  |  |  | Total claim |
| --- | --- | --- | --- |
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | **$0.00** |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$17,000.00** |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. **+** | **$0.00** |
|  | 6e. | **Total.** Add lines 6a through 6d. | 6e. | **$17,000.00** |

|  |  |  | Total claim |
| --- | --- | --- | --- |
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | **$0.00** |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. **+** | **$3,102,871.21** |
|  | 6j. | **Total.** Add lines 6f through 6i. | 6j. | **$3,102,871.21** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Andrew**     **R.**     **Warde** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: District of | **Maine** |
| Case number (if known) | |

❑ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ❑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1**     Name <br><br> Number     Street <br><br> City     State     ZIP Code | |
| **2.2**     Name <br><br> Number     Street <br><br> City     State     ZIP Code | |
| **2.3**     Name <br><br> Number     Street <br><br> City     State     ZIP Code | |
| **2.4**     Name <br><br> Number     Street <br><br> City     State     ZIP Code | |

Fill in this information to identify your case:

Debtor 1    **Andrew**        **R.**        **Warde**

First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the: District of    **Maine**

Case number
(if known)

❑ Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1.  **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

    ❑ No
    ☑ Yes

2.  **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

    ☑ No. Go to line 3.
    ❑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ❑ No
    ❑ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

    _____
    Name of your spouse, former spouse, or legal equivalent

    _____
    Number        Street

    _____
    City        State        ZIP Code

3.  **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D*, *Schedule E/F*, **or** *Schedule G* **to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** **45 Main St LLC** <br> Name <br> **45 Main Street** <br> Number        Street <br> **Kennebunk, ME 04043** <br> City        State        ZIP Code | ❑ Schedule D, line _____ <br> ☑ Schedule E/F, line ____**4.5**____ <br> ❑ Schedule G, line _____ |
| **3.2** **Blue Sky Properties LLC** <br> Name <br> **4 Scammon St. Ste 19-314** <br> Number        Street <br> **Saco, ME 04072** <br> City        State        ZIP Code | ☑ Schedule D, line ____**2.1**____ <br> ☑ Schedule E/F, line **4.3, 4.4, 4.7, 4.9, 4.12** <br> ❑ Schedule G, line _____ |

Debtor 1    **Andrew**      **R.**      **Warde**        Case number *(if known)* _____

       First Name      Middle Name      Last Name

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

**3.3**   **BreakoutIQ, LLC dba BreakoutIQ**
Name
**4 Scammon St. Suite 19-314**
Number      Street
**Saco, ME 04072**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.3**___
☐ Schedule G, line _____

**3.4**   **Campfire Restaurant Group LLC**
Name
**557 Coles Hill Road**
Number      Street
**Wells, ME 04090**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.2**___
☐ Schedule G, line _____

**3.5**   **Kennebunk Inn Group LLC**
Name
**45 Main Street**
Number      Street
**Kennebunk, ME 04043**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.5**___
☐ Schedule G, line _____

**3.6**   **Matthew Blain**
Name
**505 Limerick Road**
Number      Street
**Arundel, ME 04046**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.5**___
☐ Schedule G, line _____

**3.7**   **Stillwaters LLC**
Name
**4 Scammon Suite Suite 19-314**
Number      Street
**Saco, ME 04072**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.6**___
☐ Schedule G, line _____

**3.8**   **Warde, Bethany A.**
Name
**664 Limerick Rd, Apt 1**
Number      Street
**Kennebunkport, ME 04046**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.11**___
☐ Schedule G, line _____

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Andrew** | **R.** | **Warde** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **Maine**

Case number
(if known)

Check if this is:

❑ An amended filing

❑ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Employment |
|---|---|

| | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 1. **Fill in your employment information.** | **Employment status** | ☑ Employed ❑ Not employed | ☑ Employed ❑ Not employed |
| If you have more than one job, attach a separate page with information about additional employers. | **Occupation** | **Pastor** | **Real estate broker** |
| Include part-time, seasonal, or self-employed work. | **Employer's name** | **Grace Point Church** | **On Point Realty** |
| Occupation may include student or homemaker, if it applies. | **Employer's address** | **329 South Street** Number Street | Number Street |
| | | **Biddeford, ME 04005** City State ZIP Code | **Arundel, ME 04046** City State ZIP Code |
| | **How long employed there?** | **15 years** | **2 years** |

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $3,125.00 | $0.00 |
| 3. **Estimate and list monthly overtime pay.** | 3. + $0.00 | + $0.00 |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. $3,125.00 | $0.00 |

Debtor 1 **Andrew** **R.** **Warde** Case number *(if known)* _____

First Name ...... Middle Name ...... Last Name

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here............................................................... ➔ 4. | $3,125.00 | $0.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | $222.08 | $0.00 |
| 5b. | **Mandatory contributions for retirement plans** | $0.00 | $0.00 |
| 5c. | **Voluntary contributions for retirement plans** | $0.00 | $0.00 |
| 5d. | **Required repayments of retirement fund loans** | $0.00 | $0.00 |
| 5e. | **Insurance** | $0.00 | $0.00 |
| 5f. | **Domestic support obligations** | $0.00 | $0.00 |
| 5g. | **Union dues** | $0.00 | $0.00 |
| 5h. | **Other deductions.** Specify: _____ + | $0.00 + | $0.00 |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. 6. $222.08 $0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. 7. $2,902.92 $0.00

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. 8a. $5,338.00 $3,850.00

8b. **Interest and dividends** 8b. $0.00 $0.00

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. 8c. $0.00 $0.00

8d. **Unemployment compensation** 8d. $0.00 $0.00

8e. **Social Security** 8e. $0.00 $0.00

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ 8f. $0.00 $0.00

8g. **Pension or retirement income** 8g. $0.00 $0.00

8h. **Other monthly income.** Specify: _____ + 8h. $0.00 + $0.00

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. 9. $5,338.00 $3,850.00

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. 10. $8,240.92 + $3,850.00 = $12,090.92

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____ 11. + $0.00

| Debtor 1 | **Andrew** | **R.** | **Warde** | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies

12. **$12,090.92**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

❑ Yes. Explain:

Official Form 106I                                    **Schedule I: Your Income**                                    page **3**

| Debtor 1 | **Andrew** | **R.** | **Warde** | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**8a. Attached Statement**

### Business Income from Kennebunk Inn - paid out at end of year in lump sum

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

1.  Gross Monthly Income: **$2,000.00**

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

2.  Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts

    TOTAL PAYMENTS TO SECURED CREDITORS **$0.00**

3.  Other Expenses

    TOTAL OTHER EXPENSES **$0.00**

4.  TOTAL MONTHLY EXPENSES (Add item 2 - 21) **$0.00**

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

5.  AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 1) **$2,000.00**

| Debtor 1 | **Andrew** | **R.** | **Warde** | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

8a. Attached Statement

## Business Income - Still Waters

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

1.  Gross Monthly Income: **$17,080.00**

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---|
| 2. | Ordinary and necessary expense | **$0.00** |
| 3. | Net Employee Payroll (Other than debtor) | **$0.00** |
| 4. | Payroll Taxes | **$0.00** |
| 5. | Unemployment Taxes | **$0.00** |
| 6. | Worker's Compensation | **$0.00** |
| 7. | Other Taxes | **$0.00** |
| 8. | Inventory Purchases (Including raw materials) | **$0.00** |
| 9. | Purchase of Feed/Fertilizer/Seed/Spray | **$0.00** |
| 10. | Rent (Other than debtor's principal residence) | **$7,297.00** |
| 11. | Utilities | **$1,800.00** |
| 12. | Office Expenses and Supplies | **$42.00** |
| 13. | Repairs and Maintenance | **$225.00** |
| 14. | Vehicle Expenses | **$600.00** |
| 15. | Travel and Entertainment | **$0.00** |
| 16. | Equipment Rental and Leases | **$0.00** |
| 17. | Legal/Accounting/Other Professional Fees | **$200.00** |
| 18. | Insurance | **$0.00** |
| 19. | Employee Benefits (e.g., pension, medical, etc.) | **$0.00** |

20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts

| | |
|---|---|
| **Atlantic Regional FCU Motorcycle Loan Payment** | $403.00 |
| TOTAL PAYMENTS TO SECURED CREDITORS | **$403.00** |

21. Other Expenses

| | |
|---|---|
| **Advertising & Marketing** | $350.00 |
| **Business licenses and permits** | $15.00 |
| **Internet and software** | $110.00 |
| **Education and training** | $150.00 |
| **Inspection** | $45.00 |
| **Trash and recycling** | $480.00 |
| **Materials & Property Maintenance** | $1,500.00 |
| **Vehicle insurance** | $190.00 |
| **Property insurance** | $300.00 |
| **Business Liability insurance** | $35.00 |
| TOTAL OTHER EXPENSES | **$3,175.00** |

22. TOTAL MONTHLY EXPENSES (Add item 2 - 21)   **$13,742.00**

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 1)   **$3,338.00**

Case 26-20124   Doc 1   Filed 05/11/26   Entered 05/11/26 16:10:32   Desc Main
Document   Page 54 of 78

| Debtor 1 | **Andrew** | **R.** | **Warde** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

8a. Attached Statement

## Business Income - Real Estate Broker

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

1.  Gross Monthly Income: **$6,250.00**

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

2.  Ordinary and necessary expense **$0.00**
3.  Net Employee Payroll (Other than debtor) **$0.00**
4.  Payroll Taxes **$0.00**
5.  Unemployment Taxes **$0.00**
6.  Worker's Compensation **$0.00**
7.  Other Taxes **$0.00**
8.  Inventory Purchases (Including raw materials) **$0.00**
9.  Purchase of Feed/Fertilizer/Seed/Spray **$0.00**
10. Rent (Other than debtor's principal residence) **$0.00**
11. Utilities **$0.00**
12. Office Expenses and Supplies **$0.00**
13. Repairs and Maintenance **$0.00**
14. Vehicle Expenses **$0.00**
15. Travel and Entertainment **$0.00**
16. Equipment Rental and Leases **$0.00**
17. Legal/Accounting/Other Professional Fees **$0.00**
18. Insurance **$0.00**
19. Employee Benefits (e.g., pension, medical, etc.) **$0.00**
20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts

    TOTAL PAYMENTS TO SECURED CREDITORS **$0.00**

21. Other Expenses

| | |
|---|---|
| **Licensing & Insurance** | **$200.00** |
| **Advertising & Marketing** | **$1,000.00** |
| **Travel & Vehicle Expenses** | **$1,200.00** |

    TOTAL OTHER EXPENSES **$2,400.00**

22. TOTAL MONTHLY EXPENSES (Add item 2 - 21) **$2,400.00**

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 1) **$3,850.00**

Official Form 106I                    **Schedule I: Your Income**                    page **6**

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Andrew** | **R.** | **Warde** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Maine**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

————————————
MM / DD / YYYY

## Official Form 106J

## Schedule J: Your Expenses

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:   Describe Your Household

1. **Is this a joint case?**

☑ No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

☐ No

☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No

☑ Yes. Fill out this information for each dependent...............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Child** | **16** | ☐ No.  ☑ Yes. |
| **Child** | **13** | ☐ No.  ☑ Yes. |
| | | ☐ No.  ☐ Yes. |
| | | ☐ No.  ☐ Yes. |
| | | ☐ No.  ☐ Yes. |

3. **Do you have expenses include expenses of people other than yourself and your dependents?**

☑ No

☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | **Your expenses** |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | **$0.00** |
| **If not included in line 4:** | | |
| 4a.  Real estate taxes | 4a. | **$0.00** |
| 4b.  Property, homeowner's, or renter's insurance | 4b. | **$52.00** |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. | **$0.00** |
| 4d.  Homeowner's association or condominium dues | 4d. | **$0.00** |

Case 26-20124   Doc 1   Filed 05/11/26   Entered 05/11/26 16:10:32   Desc Main
Document    Page 57 of 78

| Debtor 1 | **Andrew** | **R.** | **Warde** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | Your expenses |
|---|---|
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. $0.00 |
| 6. **Utilities:** | |
| 6a.  Electricity, heat, natural gas | 6a. $0.00 |
| 6b.  Water, sewer, garbage collection | 6b. $0.00 |
| 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. $0.00 |
| 6d.  Other. Specify: _____ | 6d. $0.00 |
| 7. **Food and housekeeping supplies** | 7. $2,002.92 |
| 8. **Childcare and children's education costs** | 8. $150.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. $400.00 |
| 10. **Personal care products and services** | 10. $400.00 |
| 11. **Medical and dental expenses** | 11. $500.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $900.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $300.00 |
| 14. **Charitable contributions and religious donations** | 14. $500.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| 15a. Life insurance | 15a. $1,690.00 |
| 15b. Health insurance | 15b. $296.00 |
| 15c. Vehicle insurance | 15c. $0.00 |
| 15d. Other insurance. Specify: _____ | 15d. $0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **Estimated Taxes** | 16. $2,000.00 |
| 17. **Installment or lease payments:** | |
| 17a. Car payments for Vehicle 1 | 17a. $0.00 |
| 17b. Car payments for Vehicle 2 | 17b. $0.00 |
| 17c. Other. Specify: _____ | 17c. $0.00 |
| 17d. Other. Specify: _____ | 17d. $0.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $0.00 |
| 19. **Other payments you make to support others who do not live with you.** Specify: _____ | 19. $0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | |
| 20a. Mortgages on other property | 20a. $0.00 |
| 20b. Real estate taxes | 20b. $0.00 |
| 20c. Property, homeowner's, or renter's insurance | 20c. $0.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. $0.00 |
| 20e. Homeowner's association or condominium dues | 20e. $0.00 |

Official Form 106J                    **Schedule J: Your Expenses**                    page **2**

Debtor 1    **Andrew**          **R.**          **Warde**                      Case number *(if known)* _____

           First Name          Middle Name          Last Name

---

21. **Other.** Specify: **Pet Expenses** _____          21.    **+** _____ **$200.00**

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.          22a.    _____ **$9,390.92**

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2          22b.    _____ **$0.00**

    22c. Add line 22a and 22b. The result is your monthly expenses.          22c.    _____ **$9,390.92**

23. **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from *Schedule I*.          23a.    _____ **$12,090.92**

    23b. Copy your monthly expenses from line 22c above.          23b.    **–** _____ **$9,390.92**

    23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income.*          23c.    _____ **$2,700.00**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.

    ☐ Yes.

Fill in this information to identify your case:

Debtor 1      **Andrew**          **R.**            **Warde**
              First Name        Middle Name       Last Name

Debtor 2
(Spouse, if filing)
              First Name        Middle Name       Last Name

United States Bankruptcy Court for the:          **District of Maine**

Case number
(if known)

☐ Check if this is an
   amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ . Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

**X** **/s/ Andrew R. Warde**
Andrew R. Warde, Debtor 1

Date **05/08/2026**
     MM/  DD/  YYYY

Fill in this information to identify your case:

Debtor 1     __Andrew__     __R.__     __Warde__
             First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the:     **District of Maine**

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

**04/25**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No

☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **4 Tamrox Drive**<br>Number    Street | From **2019**<br>To **07/01/2025** | Number    Street | From _____<br>To _____ |
| **Arundel, ME 04046**<br>City            State  ZIP Code | | City            State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **644 Limerick Road Apt 1**<br>Number    Street | From **07/01/2025**<br>To **12/01/2025** | Number    Street | From _____<br>To _____ |
| **Arundel, ME 04046**<br>City            State  ZIP Code | | City            State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**(*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No

☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | **Andrew** | **R.** | **Warde** | | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | | |

<div style="background:black;color:white">**Part 2:**</div> Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

❏ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross Income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross Income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | $15,625.00 | ❏ Wages, commissions, bonuses, tips | |
| | ☑ Operating a business | $0.00 | ❏ Operating a business | |
| **For last calendar year:** (January 1 to December 31, **2025**) YYYY | ☑ Wages, commissions, bonuses, tips | $29,400.00 | ❏ Wages, commissions, bonuses, tips | |
| | ☑ Operating a business | $28,860.00 | ❏ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, **2024**) YYYY | ☑ Wages, commissions, bonuses, tips | $29,400.00 | ❏ Wages, commissions, bonuses, tips | |
| | ☑ Operating a business | $61,560.00 | ❏ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☑ No

❏ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross Income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | | | |
| **For last calendar year:** (January 1 to December 31, **2025**) YYYY | | | | |
| **For the calendar year before that:** (January 1 to December 31, **2024**) YYYY | | | | |

Debtor 1    **Andrew**            **R.**              **Warde**            Case number *(if known)* _____

_____

First Name          Middle Name          Last Name

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

   ☑ No. Go to line 7.

   ❑ Yes.    List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

   * Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

❑ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ❑ No. Go to line 7.

   ❑ Yes.    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number     Street<br><br>_____<br><br>_____<br>City          State    ZIP Code | _____<br><br>_____<br><br>_____ | _____ | _____ | ❑ Mortgage<br>❑ Car<br>❑ Credit card<br>❑ Loan repayment<br>❑ Suppliers or vendors<br>❑ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

❑ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____<br>Insider's Name<br><br>_____<br>Number     Street<br><br>_____<br><br>_____<br>City          State    ZIP Code | _____<br><br>_____<br><br>_____ | _____ | _____ | |

| Debtor 1 | **Andrew** | **R.** | **Warde** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

❑ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| _____<br>Insider's Name | _____ | _____ | _____ | |
| _____<br>Number   Street | _____ | | | |
| _____ | _____ | | | |
| _____<br>City            State    ZIP Code | | | | |

Part 4:  Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

❑ No

☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title **Community Bank & Trust West Georgia v. Blue Sky Properties, LLC and Andrew Warde** | **Breach of Contract** | **US District Court ME**<br>Court Name<br><br>Number      Street | ☑ Pending<br>❑ On appeal<br>❑ Concluded |
| Case number **2:25-cv-00454-KFW** | | City                State      ZIP Code | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

❑ Yes. Fill in the information below.

Debtor 1   **Andrew**        **R.**          **Warde**

  First Name    Middle Name    Last Name

Case number *(if known)* _____

| Describe the property | Date | Value of the property |
|---|---|---|
| | _____ | _____ |

_____
Creditor's Name

_____
Number    Street

_____

_____
City          State    ZIP Code

**Explain what happened**

❏ Property was repossessed.
❏ Property was foreclosed.
❏ Property was garnished.
❏ Property was attached, seized, or levied.

---

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

❏ Yes. Fill in the details.

_____
Creditor's Name

_____
Number    Street

_____
City          State    ZIP Code

| Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|
| | _____ | _____ |

Last 4 digits of account number: XXXX– __ __ __ __

---

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

❏ Yes

---

Part 5:   List Certain Gifts and Contributions

---

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

❏ Yes. Fill in the details for each gift.

---

Debtor 1    **Andrew**    **R.**      **Warde**        Case number *(if known)* _____

First Name        Middle Name        Last Name

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____<br>Person to Whom You Gave the Gift | | _____ | _____ |
| _____ | | _____ | _____ |
| _____<br>Number   Street | | | |
| _____<br>City   State   ZIP Code | | | |

Person's relationship to you _____

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

❏ No

☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| **Grace Point Church**<br>Charity's Name | **average monthly tithing** | **monthly over last 24 months** | **$12,000.00** |
| _____<br>Number   Street | | | |
| _____<br>City   State   ZIP Code | | | |

### Part 6: List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

❏ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | _____ |

| Debtor 1 | **Andrew** | **R.** | **Warde** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 7:  List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

❏ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Molleur Law Office** <br> Person Who Was Paid | **Attorney's Fee, filing fee and credit report** | | |
| **190 Main St., 3rd Fl** <br> Number     Street | | **various dates between November 3, 2025 and filing date** | **$12,000.00** |
| **Saco, ME 04072** <br> City          State     ZIP Code | | | |
| Email or website address | | | |
| **debtor and Still Waters LLC** <br> Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No

❏ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number     Street | | _____ | _____ |
| City          State     ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

❏ No

☑ Yes. Fill in the details.

Debtor 1     **Andrew          R.               Warde**                              Case number *(if known)* _____

First Name         Middle Name          Last Name

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Andrew Clark**<br>Person Who Received Transfer<br><br>_____<br>Number      Street<br><br>_____<br>City          State    ZIP Code<br><br>Person's relationship to you<br>**5% owner in Blue Sky Properties** | **2011 Ford F350** | **transferred truck valued at $9,000 in exchange for payment for repairs done on vehicle** | **April 2026** |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

☐ No

☑ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust **Andrew R. Warde Revocable Trust** | **prior residence that was sold in 2025 (4 Tamrox Dr, Arundel, Maine)** | **2020** |

---

**Part 8:** List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| _____<br>**Name of Financial Institution**<br><br>_____<br>**Number      Street**<br><br>_____<br>**City          State    ZIP Code** | **XXXX–** __ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _____ | _____ |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

Official Form 107                    **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                    page **8**

Debtor 1 **Andrew** **R.** **Warde** Case number *(if known)* _____

First Name Middle Name Last Name

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ❏ No |
| **Name of Financial Institution** | **Name** | | ❏ Yes |
| **Number     Street** | **Number     Street** | | |
| | **City               State     ZIP Code** | | |
| **City               State     ZIP Code** | | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

❏ No

☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **storage pods** | **Warde, Andrew R.** | **personal and household items** | ❏ No |
| **Name of Storage Facility** | **Name** | | ☑ Yes |
| **220 Kennebunk Rd** | **164A Mountain Rd** | | |
| **Number     Street** | **Number     Street** | | |
| | **Arundel, ME 04046-8321** | | |
| | **City               State     ZIP Code** | | |
| **Arundel, ME** | | | |
| **City               State     ZIP Code** | | | |

## Part 9:  Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

❏ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| | | | _____ |
| **Owner's Name** | **Number     Street** | | |
| **Number     Street** | | | |
| | **City               State     ZIP Code** | | |
| **City               State     ZIP Code** | | | |

Debtor 1    **Andrew**     **R.**     **Warde**               Case number *(if known)* _____

       First Name       Middle Name       Last Name

## Part 10:  Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

❑ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number    Street | Number    Street | | |
| City        State    ZIP Code | City        State    ZIP Code | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

❑ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number    Street | Number    Street | | |
| City        State    ZIP Code | City        State    ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

❑ Yes. Fill in the details.

Official Form 107        **Statement of Financial Affairs for Individuals Filing for Bankruptcy**        page **10**

Debtor 1   **Andrew**      **R.**      **Warde**         Case number *(if known)*

          First Name        Middle Name        Last Name

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ | **Court Name** _____ | | ❑ **Pending** |
| _____ | | | ❑ **On appeal** |
| _____ | **Number Street** _____ | | ❑ **Concluded** |
| Case number _____ | **City State ZIP Code** | | |

---

**Part 11:** Give Details About Your Business or Connections to Any Business

---

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

❑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

❑ A partner in a partnership

☑ An officer, director, or managing executive of a corporation

❑ An owner of at least 5% of the voting or equity securities of a corporation

❑ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| **Blue Sky Properties LLC** <br> Name <br><br> _____ <br><br> **4 Scammon St. Ste 19-314** <br> Number   Street <br><br> **Saco, ME 04072** <br> City      State  ZIP Code | Describe the nature of the business <br><br> **Flipping properties** | Employer Identification number <br> Do not include Social Security number or ITIN. <br><br> EIN: <u>4</u> <u>6</u> – <u>5</u> <u>1</u> <u>8</u> <u>0</u> <u>1</u> <u>7</u> <u>3</u> |
|---|---|---|
| | Name of accountant or bookkeeper | Dates business existed <br><br> From <u>12/21/2015</u> To <u>2026</u> |
| **Denlinger Skis Inc.** <br> Name <br><br> _____ <br><br> **18744 US Hwy 6 & 19** <br> Number   Street <br><br> **Saegertown, PA 16433** <br> City      State  ZIP Code | Describe the nature of the business <br><br> **Online sporting good resale** | Employer Identification number <br> Do not include Social Security number or ITIN. <br><br> EIN: <u>2</u> <u>0</u> – <u>1</u> <u>9</u> <u>6</u> <u>5</u> <u>0</u> <u>0</u> <u>7</u> |
| | Name of accountant or bookkeeper | Dates business existed <br><br> From <u>2021</u> To _____ |
| **Still Waters LLC** <br> Name <br><br> _____ <br><br> **4 Scammon St.** <br> Number   Street <br><br> **Saco, ME 04072** <br> City      State  ZIP Code | Describe the nature of the business <br><br> **Investment/holding** | Employer Identification number <br> Do not include Social Security number or ITIN. <br><br> EIN: __ __ – __ __ __ __ __ __ __ |
| | Name of accountant or bookkeeper | Dates business existed <br><br> From <u>6/6/2023</u> To _____ |

Debtor 1    **Andrew          R.                Warde**                                    Case number *(if known)*
             First Name      Middle Name       Last Name

| **BreakoutIQ, LLC dba BreakoutIQ** | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. |
|---|---|---|
| Name | **Corporate Events** | EIN: 8 7 – 2 4 3 9 8 3 0 |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| **4 Scammon St. Suite 19-314** Number   Street | | From 08/31/2021 To 07/26/2024 |
| **Saco, ME 04072** City        State   ZIP Code | | |

| **Rest EZ, Inc.** Name | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. |
|---|---|---|
| | | EIN: 4 5 – 2 4 1 0 2 0 8 |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| **4 Scammon St.** Number   Street | | From 04/11/2011 To 08/21/2023 |
| **Saco, ME 04072** City        State   ZIP Code | | |

| **Family Financials Centers PA1 LLC** Name | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. |
|---|---|---|
| | **Checking cashing (in PA)** | EIN: 8 2 – 3 9 9 7 7 1 7 |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| **2721 Agate St** Number   Street | | From 2/1/2018 To 2025 |
| **Harrisburg, PA 17110** City        State   ZIP Code | | |

| **Liberty Tree Financial Services, LLC** Name | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. |
|---|---|---|
| | **Check cashing (in CT)** | EIN: 3 2 – 0 2 2 2 6 8 9 |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| **55 Middletown Avenue** Number   Street | | From 10/03/2007 To 01/15/2025 |
| **North Haven, CT 06473** City        State   ZIP Code | | |

| **Campfire Restaurant Group LLC** Name | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. |
|---|---|---|
| | **Cafe** | EIN: 8 6 – 2 4 9 0 8 7 7 |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| **557 Coles Hill Road** Number   Street | | From 0/05/2021 To 2025 |
| **Wells, ME 04090** City        State   ZIP Code | | |

Debtor 1    **Andrew**    **R.**    **Warde**     Case number *(if known)* _____

First Name    Middle Name    Last Name

---

**557 Coles Hills Rd LLC**
Name

**Describe the nature of the business**

**Holding company for cafe**

**Employer Identification number**
**Do not include Social Security number or ITIN.**

EIN: _8_ _6_ – _2_ _4_ _6_ _3_ _1_ _0_ _7_

**557 Coles Hill Road**
Number   Street

**Wells, ME 04090**
City    State   ZIP Code

**Name of accountant or bookkeeper**

**Dates business existed**

From __3/6/2021__ To __2026__

---

**Kennebunk Inn Group LLC**
Name

**Describe the nature of the business**

**Hotel/Tavern**

**Employer Identification number**
**Do not include Social Security number or ITIN.**

EIN: _8_ _7_ – _3_ _8_ _6_ _8_ _9_ _6_ _6_

**45 Main Street**
Number   Street

**Kennebunk, ME 04043**
City    State   ZIP Code

**Name of accountant or bookkeeper**

**Dates business existed**

From __11/23/2021__ To _____

---

**45 Main St LLC**
Name

**Describe the nature of the business**

**Holding company for Kennebunk Inn**

**Employer Identification number**
**Do not include Social Security number or ITIN.**

EIN: _8_ _7_ – _3_ _8_ _2_ _4_ _7_ _1_ _3_

**45 Main Street**
Number   Street

**Kennebunk, ME 04043**
City    State   ZIP Code

**Name of accountant or bookkeeper**

**Dates business existed**

From __11/2/2021__ To _____

---

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

❑ Yes. Fill in the details below.

**Date issued**

_____   _____
Name     MM / DD / YYYY

_____
Number   Street

_____
City    State   ZIP Code

Debtor 1    **Andrew**          **R.**            **Warde**                              Case number *(if known)*
            First Name          Middle Name       Last Name

---

| Part 12: | Sign Below |
|---|---|

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

X    **/s/ Andrew R. Warde**

Signature of Andrew R. Warde, Debtor 1

Date **05/08/2026**

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____

Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**
**PORTLAND DIVISION**

IN RE: **Warde, Andrew R.**                                   CASE NO

                                                             CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____**05/08/2026**_____     Signature _____**/s/ Andrew R. Warde**_____

                                                  Andrew R. Warde, Debtor

45 Main St LLC
45 Main Street
Kennebunk, ME 04043

Atlantic Regional Federal
Credit Union
1516 Main Street
Sanford, ME 04073

Bank of America
Business Card
PO Box 15796
Wilmington, DE 19886-5796

Blue Sky Properties LLC
4 Scammon St. Ste 19-314
Saco, ME 04072

BreakoutIQ, LLC dba
BreakoutIQ
4 Scammon St. Suite 19-314
Saco, ME 04072

Camden National Bank
PO Box Box 310
Camden, ME 04843

Campfire Restaurant Group
LLC
557 Coles Hill Road
Wells, ME 04090

Community Bank & Trust
West Georgia
as successor-in-interest to Fountainhead
SBF LLC
PO Box 1489
Lagrange, GA 30241

Gregory Bertoni
PO Box 472
Old Orchard Beach, ME 04064


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Kennebunk Inn Group LLC
45 Main Street
Kennebunk, ME 04043


Kennebunk Savings
PO Box 28
Kennebunk, ME 04043


Kennebunk Savings Bank
PO Box Box 28
Kennebunk, ME 04043


Matthew Blain
505 Limerick Road
Arundel, ME 04046


Merrimack County Savings
Bank
PO Box 2826
Concord, NH 03302


Mike Kowalk
248 Springlakes Estates Dr
Lyman, SC 29365

Office of the U.S. Attorney
100 Middle Street, Suite 6
Portland, ME 04101

Rita Bourgault
84 Berry Rd
Saco, ME 04072

Robert and Janet Warde
9 Lennon Dr
Dover, NH 03820

Robertson, Anschutz, Crane &
Partners, PLLC
13010 Morris Road Suite 450
Alpharetta, GA 30004

State of Maine Bureau of
Revenue Services
Compliance Division
PO Box 9107
Augusta, ME 04332-9107

Stillwaters LLC
4 Scammon Suite Suite 19-314
Saco, ME 04072

Todd Delinger
275 Apex Dr
Warriors Mark, PA 16877

USAA Federal Savings Bank
Attn: Bankruptcy
9800 Fredericksburg Road
San Antonio, TX 78288

Bethany A. Warde
664 Limerick Rd, Apt 1
Kennebunkport, ME 04046


Workers Compensation
Division
27 State House Station
Augusta, ME 04333